# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143152

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ISADORE NIGEL DEAN,
      Defendant-Appellant.

SC: 143152
COA: 296183
Genesee CC: 09-025483-FC

_____/

On order of the Court, the application for leave to appeal the May 5, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Vaughn* (Docket No. 142627) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2011

Clerk

1012